NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1011
(Serial No. 09/901,512)

IN RE JAMES E. ROSS and WILLIAM J. LYNCH

Phillip M. Pippenger, Leydig, Voit & Mayer, Ltd., of Chicago, Illinois, argued for appellants.

Janet A. Gongola, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office.  With her on the brief were, Raymond T. Chen, Solicitor and William LaMarca, Associate Solicitor.

Appealed from:  United States Patent and Trademark Office
                Board of Patent Appeals and Interferences

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1011
(Serial No. 09/901,512)

IN RE JAMES E. ROSS and WILLIAM J. LYNCH

# Judgment

ON APPEAL from the     United States Patent and Trademark Office
                                  Board of Patent Appeals & Interferences

in CASE NO(S).           09/901,512.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, GAJARSA, and DYK, Circuit Judges ).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  June 4, 2009                 /s/ Jan Horbaly
                                      Jan Horbaly, Clerk